```
UNITED STATES DISTRICT COURT FOR THE
   SOUTHERN DISTRICT OF WEST VIRGINIA
       CHARLESTON GRAND JURY 2024
        JANUARY 22, 2025 SESSION
```

**FILED**
JAN 22 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.                    CRIMINAL NO. 2:25-cr-00011
                     21 U.S.C. § 841(a)(1)

**RONALD ROBINSON**

## I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

On or about October 2, 2024, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant RONALD ROBINSON, knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about October 8, 2024, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant RONALD ROBINSON, knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE**

On or about October 15, 2024, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant RONALD ROBINSON, knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about October 16, 2024, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant RONALD ROBINSON, knowingly and intentionally possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

WILLIAM S. THOMPSON
United States Attorney

By: _____
FRANCESCA C. ROLLO
Assistant United States Attorney